B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Eagle Recycling Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**54-2132159** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**4711 Dell Avenue**<br>**North Bergen, NJ 07047**  ZIP CODE **07047-0000** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Hudson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Eagle Recycling Systems, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **Lieze Associates, Inc.** | Case Number: | Date Filed: |
| District: **New Jersey** | Relationship: **wholly owned subsidiary** | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No  See also Declaration of Jeffrey Marangi filed simultaneously with this Petition.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Eagle Recycling Systems, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br>X _____<br>   Signature of Joint Debtor<br><br>   _____<br>   Telephone Number (If not represented by attorney)<br>   _____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   _____<br>   (Printed Name of Foreign Representative)<br><br>   _____<br>   Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X **/s/ Vincent F. Papalia**<br>   Signature of Attorney for Debtor(s)<br>**Vincent F. Papalia**<br>   Printed Name of Attorney for Debtor(s)<br>**Saiber LLC**<br>   Firm Name<br>**18 Columbia Turnpike<br>Florham Park, NJ 07932**<br>   Address<br><br>**973-622-3333 Fax:973-622-3349**<br>   Telephone Number<br>**April 19, 2013**<br>   Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>   _____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   _____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>   Address<br>X _____<br><br>   _____<br>   Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Jeffrey Marangi**<br>   Signature of Authorized Individual<br>**Jeffrey Marangi**<br>   Printed Name of Authorized Individual<br>**Authorized Agent**<br>   Title of Authorized Individual<br>**April 19, 2013**<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**EAGLE RECYCLING, INC.**
**AND**
**LIEZE ASSOCIATES, INC.**

**UNANIMOUS WRITTEN CONSENT OF THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF NICHOLAS MARANGI, SOLE SHAREHOLDER
OF EAGLE RECYCLING SERVICES, INC., AUTHORIZING THE FILING
OF CHAPTER 11 BANKRUPTCY PROCEEDING FOR EAGLE RECYCLING
SERVICES, INC. AND ITS WHOLLY OWNED SUBSIDIARY,
LIEZE ASSOCIATES, INC., d/b/a EAGLE RECYCLING OF NJ**

Pursuant to Section 607.0704 of the Florida Business Corporation Act and the New

Jersey Business Corporation Act, N.J.S.A. 14A:5-6, the undersigned, being the duly authorized

Personal Representative of the Estate of Nicholas Marangi, sole shareholder ("Shareholder") of

Eagle Recycling Services, Inc., a Florida corporation (the "Corporation"), and the Corporation

being the sole shareholder of Lieze Associates, Inc., d/b/a Eagle Recycling of NJ, a New Jersey

Corporation ("Lieze"), hereby consents to the adoption of the following resolutions to the same

extent and to have the same force and effect as if adopted at a formal meeting of the Corporation

and Lieze's shareholders.

WHEREAS, the Shareholder of the Corporation has determined, on behalf of the

Corporation and Lieze, its wholly-owned subsidiary, that it is desirable, fair, reasonable and in

the best interest of the Corporation, Lieze, and their respective creditors, shareholders and other

interested parties for the Corporation and Lieze to each file petitions seeking relief under the

provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED that the Corporation and Lieze, through

Jeffrey Marangi (the "Authorized Officer"), are each hereby authorized and directed to cause to

be filed on behalf of the Corporation, and its wholly owned subsidiary, Lieze, voluntary petitions

for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of

New Jersey (the "Bankruptcy Court"), which filing be and the same is hereby approved (the

"Chapter 11 Proceedings"); and it is

FURTHER RESOLVED that the Authorized Officer is hereby authorized and directed, in

the name of the Corporation and Lieze, and on their behalf, to seek such orders from the

Bankruptcy Court, including without limitation, orders regarding the operation of their business

and the financing thereof, as the Authorized Officer may deem necessary or advisable during the

pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply

with the duties and obligations of the Corporation and Lieze under the Bankruptcy Code, and in

connection therewith, to execute and file with the Bankruptcy Court such motions, applications,

pleadings, certifications, affidavits, declarations or other materials, including a disclosure

statement and plan of reorganization, as the Authorized Officer may deem necessary or advisable

and to retain the advice and assistance of legal counsel, accountants, consultants and such other

professionals as the Authorized Officer may deem necessary or advisable, and to take any and all

actions, as they, or any one of them, deem necessary or appropriate with respect to the Chapter

11 Proceedings; and it is

FURTHER RESOLVED that the Corporation, through its Authorized Officer, is

authorized and directed (i) to retain on behalf of the Corporation and Lieze the law firm of Saiber

LLC as general bankruptcy counsel to render legal services to and to represent the Corporation

and Lieze in connection with the Chapter 11 Proceedings and any other matters in connection

therewith, including without limitation, in the preparation and prosecution of the Chapter 11

Proceedings and all proceedings related thereto; and (ii) to retain on behalf of the Corporation

and Lieze such other professionals, including (without limitation) Scarinci & Hollenbeck as

special regulatory and corporate counsel, that the Authorized Officer deems necessary or

advisable to represent or assist the Corporation and/or Lieze as may be necessary or appropriate, in his discretion, in connection with the Chapter 11 Proceedings, subject to any necessary Bankruptcy Court approval; and it is

FURTHER RESOLVED, that Jeffrey Marangi, the Authorized Officer of the Corporation and Lieze be and he is hereby authorized, empowered and directed to do all things and to take all actions which such Officer may deem necessary or appropriate to accomplish the purposes and intent of the foregoing resolutions; and it is

FURTHER RESOLVED that any and all actions previously taken by any director, officer, employee or agent of the Corporation or Lieze regarding or related to the Corporation and Lieze's reorganization or the subject matter of any and all of the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

Dated: April 19, 2013

/s/ Jeffrey Marangi
Jeffrey Marangi
Personal Representative of the Estate of Nicholas Marangi
and Authorized Officer of Eagle
Recycling Systems, Inc. and Lieze
Associates, Inc., d/b/a Eagle Recycling of NJ

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **Eagle Recycling Systems, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Environmental Logistics Services<br>Div of ELS Transportation LLC<br>15 Polhemus Lane<br>Bridgewater, NJ 08807 | Environmental Logistics Services<br>Div of ELS Transportation LLC<br>15 Polhemus Lane<br>Bridgewater, NJ 08807 | | | 1,637,588.80 |
| Live Earth LLC<br>Att: Dan Clark<br>6140 Parkland Boulevard, Suite 300<br>Mayfield Heights, OH 44124 | Live Earth LLC<br>Att: Dan Clark<br>6140 Parkland Boulevard, Suite 300<br>Mayfield Heights, OH 44124 | | | 788,272.74 |
| American Rail Logistics, LLC<br>3465 South Arlington Road<br>Unit E Box 175<br>Akron, OH 44312 | American Rail Logistics, LLC<br>3465 South Arlington Road<br>Unit E Box 175<br>Akron, OH 44312 | | | 235,200.00 |
| Township of North Bergen<br>4233 Kennedy Boulevard<br>North Bergen, NJ 07047 | Township of North Bergen<br>4233 Kennedy Boulevard<br>North Bergen, NJ 07047 | | | 149,697.24 |
| Bill Frank Trucking<br>1044 Dolphin Drive<br>Cape Coral, FL 33904 | Bill Frank Trucking<br>1044 Dolphin Drive<br>Cape Coral, FL 33904 | | | 140,357.71 |
| Thompson Hine LLP<br>335 Madison Avenue<br>12th Floor<br>New York, NY 10017-4611 | Thompson Hine LLP<br>335 Madison Avenue<br>12th Floor<br>New York, NY 10017-4611 | | | 67,133.11 |
| Treasurer State of NJ<br>NJ Dept. of Treasury<br>Division of Revenue<br>Trenton, NJ 08646-0417 | Treasurer State of NJ<br>NJ Dept. of Treasury<br>Division of Revenue<br>Trenton, NJ 08646-0417 | | | 66,776.94 |
| Super Quality Oil Co.<br>PO Box 300<br>Garfield, NJ 07026 | Super Quality Oil Co.<br>PO Box 300<br>Garfield, NJ 07026 | | | 48,693.35 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Eagle Recycling Systems, Inc.**                                      Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Municipal Utilities Authority North Berg<br>NBMUA<br>6200 Tonnelle Avenue<br>North Bergen, NJ 07047 | Municipal Utilities Authority North Berg<br>NBMUA<br>6200 Tonnelle Avenue<br>North Bergen, NJ 07047 | | | 46,214.92 |
| Morvillo, Abramowitz<br>565 Fifth Avenue<br>New York, NY 10017 | Morvillo, Abramowitz<br>565 Fifth Avenue<br>New York, NY 10017 | | | 36,000.00 |
| Scarinci & Hollenbeck, LLC<br>1100 Valley Brook Avenue<br>PO Box 790<br>Lyndhurst, NJ 07071-0790 | Scarinci & Hollenbeck, LLC<br>1100 Valley Brook Avenue<br>PO Box 790<br>Lyndhurst, NJ 07071-0790 | | | 34,239.69 |
| Van Dyk Baler Corp.<br>78 Halloween Boulevard<br>Stamford, CT 06902 | Van Dyk Baler Corp.<br>78 Halloween Boulevard<br>Stamford, CT 06902 | | | 22,644.35 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | | | 14,478.44 |
| David M. DeClement, Esq.<br>PO Box 217<br>55 Simpson Avenue<br>Pitman, NJ 08071 | David M. DeClement, Esq.<br>PO Box 217<br>55 Simpson Avenue<br>Pitman, NJ 08071 | | | 13,780.50 |
| SEP LLC<br>PO Box 356<br>Clarksburg, NJ 08510 | SEP LLC<br>PO Box 356<br>Clarksburg, NJ 08510 | | | 8,924.53 |
| PC Scale Inc.<br>PO Box 98<br>Oxford, PA 19363 | PC Scale Inc.<br>PO Box 98<br>Oxford, PA 19363 | | | 8,720.00 |
| Binder Machinery<br>2820 Hamilton Boulevard<br>South Plainfield, NJ 07080 | Binder Machinery<br>2820 Hamilton Boulevard<br>South Plainfield, NJ 07080 | | | 7,958.12 |
| WV Tire Disposal, Inc<br>P.O. Box 786<br>Summersville, WV 26651 | WV Tire Disposal, Inc<br>P.O. Box 786<br>Summersville, WV 26651 | | | 5,000.00 |
| IPFS Corporation<br>PO Box 905849<br>Charlotte, NC 28290 | IPFS Corporation<br>PO Box 905849<br>Charlotte, NC 28290 | | | 4,932.50 |
| Trans Bearing Co., Inc.<br>PO Box 708<br>Allenwood, NJ 08720-0708 | Trans Bearing Co., Inc.<br>PO Box 708<br>Allenwood, NJ 08720-0708 | | | 4,754.21 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Eagle Recycling Systems, Inc.**                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 19, 2013**                          Signature   **/s/ Jeffrey Marangi**
                                                                **Jeffrey Marangi**
                                                                **Authorized Agent**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re   **Eagle Recycling Systems, Inc.**
_____

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**April 15, 2013**
_____
Date

**/s/ Jeffrey Marangi**
**Jeffrey Marangi, Authorized Officer**
Signature of Attorney or Litigant
**Eagle Recycling Systems, Inc.**
**411 Dell Avenue**
**North Bergen, New Jersey 07047**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### District of New Jersey

In re   __Eagle Recycling Systems, Inc.__ _____    Case No. _____

                                                      Debtor(s)    Chapter     __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __April 19, 2013__ _____      __/s/ Jeffrey Marangi__ _____

                                                  __Jeffrey Marangi/Authorized Agent__

                                                  Signer/Title

Academy Fire Protection
Div of ELS Transportation LLC
15 Polhemus Lane
Bridgewater, NJ 08807


Accent Wire Products
10131 FM 2920
Tomball, TX 77375


AGL
PO Box 1707
Clifton, NJ 07015-1707


AGL
3465 South Arlington Road
Unit E Box 175
Akron, OH 44312


Air Link International
PO Box 3399
Orange, CA 92857-3399


Airtek Environmental Corp.
39-37 29th Street
Long Island City, NY 11101


All Points Capital Corp.
PO Box 3071
Hicksville, NY 11802-3071


All Steel and Aluminum
32 Shaw Road
PO Box 32
Circleville, NY 10919


All Steel and Aluminum
NJ Dept. of Treasury
Division of Revenue
Trenton, NJ 08646-0417


Ambrosio & Tomczak
P.O. Box 300
Garfield, NJ 07026

American Hose & Hydraulics
700 21st Avenue
Paterson, NJ 07513


American Hose & Hydraulics
NBMUA
6200 Tonnelle Avenue
North Bergen, NJ 07047


American Rail Logistics, LLC
3465 South Arlington Road
Unit E Box 175
Akron, OH 44312


Apex Fire Protection
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, NJ 07071-0790


Apex Fire Protection
20 Marshalls Creek Road
East Stroudsburg, PA 18302


Applied Underwriters
78 Halloween Boulevard
Stamford, CT 06902


Applied Underwriters
10805 Old Mill Road
Omaha, NE 68154


Associated Truck Parts
1075 East Philadelphia Avenue
Gilbertsville, PA 19525


Associated Truck Parts
PO Box 14444
New Brunswick, NJ 08906-4444


BBK
400 Galleria Officentre
Suite 400
Southfield, MI 48034

BBK
PO Box 217
55 Simpson Avenue
Pitman, NJ 08071


Belleville Scale
PO Box 15
Belleville, NJ 07109


Bill Frank Trucking
1044 Dolphin Drive
Cape Coral, FL 33904


Bill Frank Trucking
PO Box 98
Oxford, PA 19363


Binder Machinery
2820 Hamilton Boulevard
South Plainfield, NJ 07080


BNY Capital Markets
One Wall Street
New York, NY 10286


Burke, Miele & Golden, LLP
P.O. Box 905849
Goshen, NY 10924


C&C Lift Truck Inc.
PO Box 708
Allenwood, NJ 08720-0708


Cablevision
P.O. Box 37138
Pittsburgh, PA 15250


Cambria Companies
PO Box 52202
Newark, NJ 07101-0220


Chiaia & Associates, LLC
750 Valley Brook Avenue
Lyndhurst, NJ 07071

Chiswick Electric Co. Inc.
40 Brown Avenue
Springfield, NJ 07081


Cincinnati Time Recorder, Inc.
907 Broadway
New York, NY 10010


Cintas
P.O. Box 630803
Cincinnati, OH 45263


Comerica Bank
Attn: Jacob Villemure, CTP
Vice President, Special Assets Group
411 W. Lafayette Blvd. 6th Fl. MC3205
Detroit, MI 48226


Cornerstone Environmental Group, LLC
90 Crystal Run Road, Suite 201
Middletown, NY 10941


Cozen O'Connor
P.O. Box 7777-1385
Philadelphia, PA 19175


Custom Bandag
401 East Linden Avenue
Linden, NJ 07036


David M. DeClement, Esq.
PO Box 217
55 Simpson Avenue
Pitman, NJ 08071


David Weber Oil Co.
601 Industrial Avenue
Carlstadt, NJ 07072


David Weber Oil Co.
400 Galleria Officentre
Suite 400
Southfield, MI 48034

De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602


Dependable Hydraulics
769 E. 27rh Street
Paterson, NJ 07504


DJM
2 Fishhouse Road
2nd Floor
Kearny, NJ 07032


Earthwatch
822 Palisade Avenue
Teaneck, NJ 07666


Environmental Logistics Services
Div of ELS Transportation LLC
15 Polhemus Lane
Bridgewater, NJ 08807


Foley, Incorporated
PO Box 415434
Boston, MA 02241-5434


George D. Cascino, P.E.
Cascino Engineering
2 East Greenbrook Road
North Caldwell, NJ 07006


Gerhart Scale Corporation
754 Roble Road, Suite 140
Allentown, PA 18109


Giant Tire Service Inc.
PO Box 564
Ridgewood, NJ 07450


Grainger
Dept. 863531802
Palatine, IL 60038-0001

Green Coast Logistics LLC
4158 Dunroamin Road
Farmingdale, NJ 07727


Harleysville Insurance Co. of NJ
Processing Center
355 Maple Avenue
Harleysville, PA 19441


Hudson County Improvement Authority
574 Summit Avenue
Jersey City, NJ 07306


Hudson Regional Health Commission
595 County Avenue
Building 1
Woodbridge, NJ 07095


Impact Environmental Consulting Inc.
170 Keyland Court
Bohemia, NY 11716


Internal Revenue Service
Attn: Insolvency Unit
20 Washington Place
Newark, NJ 07102


Internal Revenue Service
150 Naughright Road
Long Valley, NJ 07853


IPFS Corporation
PO Box 905849
Charlotte, NC 28290


IPFS Corporation
P.O.B. 905849
Charlotte, NC 28290


Jersey Rents
252 Route 9
Bayville, NJ 08721

Jersey Rents
PO Box 35
415 20th Avenue
Paterson, NJ 07513


JMW Trucking Services
512 - 45th Street, S.W.
Canton, OH 44706


Lakeland
250 Oak Ridge Road
Oak Ridge, NJ 07438


Live Earth LLC
Att: Dan Clark
6140 Parkland Boulevard, Suite 300
Mayfield Heights, OH 44124


Lubo USA
78 Halloween Boulevard
Stamford, CT 06902


Miller & Miller Insurance
720 Commerce Street
Thornwood, NY 10594


Morvillo, Abramowitz
565 Fifth Avenue
New York, NY 10017


MTC Kenworth
239-77 Bergen Turnpike
Ridgefield, NJ 07666


Multi-Tech Engineering, Inc.
46 Glenwood Road
Upper Saddle River, NJ 07458


Municipal Utilities Authority North Berg
NBMUA
6200 Tonnelle Avenue
North Bergen, NJ 07047

New Jersey Department of Transportation
P.O. Box 600
Trenton, NJ 08625


NexTraq
BOX AT 952204
Atlanta, GA 31192-2204


NJ Dept. of Treasury
Division of Revenue
PO Box 417
Trenton, NJ 08646-0417


NJEPA
401 E. State Street
P.O. Box 402
Trenton, NJ 08625


Northern Safety Co., Inc.
PO Box 4250
Utica, NY 13504


NYS Department of Environmental Cons.
Director, Hazard Waste Remediation
Frankfort Asbestos Site Program Manager
625 Broadway
Albany, NY 12233-7011


OB Systems
150 Naughright Road
Long Valley, NJ 07853


PC Scale Inc.
PO Box 98
Oxford, PA 19363


Precision Scale Company
240 Grand Avenue
Leonia, NJ 07605


Prism Electronics Inc.
PO Box 5
Milltown, NJ 08850

Professional Termite&Pest Control
509 Central Avenue
Jersey City, NJ 07307


Progressive Hydraulics Inc.
PO Box 824026
Philadelphia, PA 19182-4026


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


R J Corman Derailment Services LLC
PO Box 770
Nicholasville, KY 40340


Recycling Equipment Systems Corp.
130-37 90th Avenue
Richmond Hill, NY 11418


Riccelli Enterprises, Inc.
PO Box 6418
Syracuse, NY 13217


Richard P. Norton, Esq.
Hunton & Williams LLP
200 Park Avenue
New York, NY 10133


Ricki H. Berger, P.C.
254 South Main Street
Suite 202
New City, NY 10956-3340


RW Burke LLC
P.O. Box 454
Budd Lake, NJ 07828


Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, NJ 07071-0790

SEP LLC
PO Box 356
Clarksburg, NJ 08510


Seward Valley Farm, Inc.
6349 State Route 10
Sharon Springs, NY 13459


Standard Springs, Inc.
PO Box 35
415 20th Avenue
Paterson, NJ 07513


Steven A. Roach, Esq.
Miller, Canfield, Paddock & Stone, P.L.C
150 West Jefferson - Suite 2500
Detroit, MI 48226


Super Quality Oil Co.
PO Box 300
Garfield, NJ 07026


TCF Equipment Finance
PO Box 77077
Minneapolis, MN 55480-7777


Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10017-4611


Tilcon New York Inc.
PO Box 416359
Boston, MA 02241-6359


Township of North Bergen
4233 Kennedy Boulevard
North Bergen, NJ 07047


Trans Bearing Co., Inc.
PO Box 708
Allenwood, NJ 08720-0708

Treasurer State of NJ
NJ Dept. of Treasury
Division of Revenue
Trenton, NJ 08646-0417


U.S. Environmental Protection Agency
Attn: Jocelyn P. Scott, Esq.
Region 2 - 290 Broadway
New York, NY 10067-1866


United States Attorney's Office
Northern District of New York
James F. Hanley Fed. Bldg. 9th Floor
100 S. Clinton Street - P. O. Box 7198
Syracuse, NY 13261


United States Department of Justice
Environmental & Natural Resources Div.
Law & Policy Section
P.O. Box 7415 Ben Franklin Station
Washington, DC 20044


United States Probation Office
Northern District of New ork
James H. Hanley Federal Bldg. Room 101
100 S. Clinton Street - P.O. Box 7035
Syracuse, NY 13261


United States Trustee
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102


United Water Service
Payment Center
PO Box 371804
Pittsburgh, PA 15250-7804


US Environmental Protection Agency
Attn:  Arlene Anderson, On-Scene Coord.
2890 Woodbridge Avenue
Bldg. 209 (MS-211)
Edison, NJ 08837

US Environmental Protection Agency
Region II - 290 Broadway - 17th Floor
Attn: Walter E. Mugdan, Director
Syracuse, NY 13202-2159


Van Dyk Baler Corp.
78 Halloween Boulevard
Stamford, CT 06902


WV Tire Disposal, Inc
P.O. Box 786
Summersville, WV 26651


Zee Medical, Inc.
PO Box 781433
Indianapolis, IN 46278-8433


Zwicky Processing & Recycling, Inc
220 Buena Vista, Rd.
Fleetwood, PA 19522

Vincent F. Papalia
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2226
(973) 622-3333
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE RECYCLING SYSTEMS, INC., | Case No. _____ |
| Debtor and Debtor-in-Possession. | |

## STATEMENT PURSUANT TO 2016(b)

STATE OF NEW JERSEY  )
                     )  SS:
COUNTY OF MORRIS     )

        **VINCENT F. PAPALIA**, of full age, being duly sworn upon his oath, deposes and says:

        1.    I am a member of the firm of Saiber LLC, 18 Columbia Turnpike, Suite 200, Florham Park, New Jersey 07932.

        2.    This firm has received a total retainer in the amount of $59,611, plus $2,426 for filing fees ($1,213 each Petition), from Eagle Recycling Systems, Inc. (the "Debtor"), to be applied against legal services rendered and disbursements incurred in the within Chapter 11 Proceeding and the related Chapter 11 Proceeding of Lieze Associates, Inc., d/b/a Eagle Recycling of NJ (collectively, the "Debtors"). The funds received are presently on deposit in a trust account maintained by Saiber LLC, other than the $2,426 that is being utilized to pay the filing fees.

3.      Prior to this date, this firm received a retainer of $50,000 from the Debtor, of which $40,389 was applied to pre-petition services performed on behalf of the Debtors. The remaining balance of the $50,000 retainer ($9,611.00) was applied to and is part of the $59,611 retainer we currently have on deposit.

4.      No agreement or understanding in any form or guise exists between deponent and any other person for a division of compensation for services rendered in or in connection with the proceeding and that no such division of compensation prohibited by Section 504 of the Bankruptcy Code will be made by deponent, except with members of your deponent's firm.

VINCENT F. PAPALIA

Sworn and subscribed to
before me this ___ day
of April, 2013

A Notary Public of New Jersey

JANET E HARRIS
ID # 2203647
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires July 25, 2017