FILED
JAMES J. WALDRON, CLERK

APR 22 2013

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Vincent F. Papalia
Mark A. Roney
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2226
(973) 622-3333
Proposed Attorneys for Eagle Recycling Systems, Inc.
and Lieze Associates, d/b/a Eagle Recycling of NJ

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE RECYCLING SYSTEMS, INC., et al.,[1] | (Joint Administration Pending) |
| Debtors and Debtors-in-Possession. | Case Nos.: 13-18412 and 13-18413 |

### ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R BANKR. P. 1015(b)

The relief set forth on the following pages numbered two (2) through three (3) be and is hereby ORDERED.

4-22-13    /s/ USBJ

---

[1] The proposed jointly administered Chapter 11 Debtor is Lieze Associates, Inc., d/b/a Eagle Recycling of NJ.

{00772387.DOC}

Page 2
Debtor: Eagle Recycling Systems, Inc., *et al.*
Case Nos.: 13-18412 and 13-18413
(Joint Administration Pending)
Caption of Order: **ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R BANKR. P. 1015(b)**

THIS MATTER having come before the Court on the Application of Eagle Recycling Systems, Inc. ("Eagle Recycling") and Lieze Associates, Inc., d/b/a Eagle Recycling of NJ ("Lieze"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their proposed counsel, Saiber LLC, upon motion for entry of an Order directing the joint administration of the Debtors' Chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b) (the "Motion"); and good and sufficient notice of the hearing on the Motion having been provided, as evidenced by the Certificate of Service filed with the Court; and the Court having considered the Motion, the opposition thereto, if any, and the arguments of counsel; and good cause appearing therefor,

IT IS ORDERED as follows:

1. The Debtors' Chapter 11 cases shall be jointly administered under the lead case of Eagle Recycling Systems, Inc. (Case No. 13-18412).

2. The caption of the Debtor's jointly administered cases shall read:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In re:                                      | Chapter 11              |
|---------------------------------------------|-------------------------|
| EAGLE RECYCLING SYSTEMS, INC., *et al.*,    | Case No. 13-18412       |
| Debtors and Debtors-in-Possession.          | (Jointly Administered)  |
|                                             | Hon. _____  |

{00772387.DOC}

Page 3
Debtor: Eagle Recycling Systems, Inc., *et al.*
Case Nos.: 13-18412 and 13-18413
(Joint Administration Pending)
Caption of Order: **ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R BANKR. P. 1015(b)**

3. An entry on the docket for Debtors' cases shall be made noting that the cases are being jointly administered and that parties should consult the docket for Case No. 13-18412 for all matters relevant to the within jointly administered cases.

4. This Order does not in any way constitute or provide for the substantive consolidation of the Debtors' cases.

5. The Debtors' proposed counsel shall serve a copy of this Order on all parties-in-interest by regular mail within seven (7) days of entry of this Order.

{00772387.DOC}